## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:16-cv-00450-JRG |
| | § | |
| CITIBANK, N.A. | § | LEAD CASE |
| | § | |
| Defendant. | § | |
| _____ | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:16-cv-00458-JRG |
| | § | |
| LIFELOCK, INC. | § | CONSOLIDATED CASE |
| | § | |
| Defendant. | § | |
| _____ | § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Lifelock, Inc. (Dkt. No. 6). It is therefore ORDERED that all claims by Symbology Innovations, LLC against Lifelock, Inc. are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 9th day of June, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE